AUSA Renai S. Rodney 312-353-4064

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

**AFFIDAVIT OF COMPLAINT (OR INDICTMENT) IN REMOVAL PROCEEDINGS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **MAGISTRATE JUDGE VALDEZ** |
| v. ) | |
| TAKETA KIDD ) | |
| ) | |
| NORTHERN DISTRICT OF ILLINOIS ) | CASE NUMBER: **07CR 742** |

The undersigned Affiant personally appeared before MARIA VALDEZ, a United States Magistrate Judge, and being duly sworn on oath, states: That at the NORTHERN DISTRICT OF INDIANA, one TAKETA KIDD, was charged by indictment (attached hereto) with violations of Sections 371, 1028A, 1028(a)(7), 1028(f), 1028(h), 1344, and 2, of the United States Code, Title 18, Section 408(a)(7)(B) of the United States Code, Title 42 and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest (also attached) is outstanding for the arrest of said defendant.

Wherefore, Affiant prays that the defendant be dealt with according to law.

_____
BELKIS CANTOR
Deputy U.S. Marshal
United States Marshal Service of the
Northern District of Illinois

Subscribed and Sworn to before me this
9th day of November, 2007.

_____
MARIA VALDEZ
United States Magistrate Judge

**FILED**

NOV - 9 2007

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

AUSA Renai S. Rodney

Bond set [or recommended] by issuing Court at _____

AO 442 (Rev. 12/85) Warrant for Arrest

## United States District Court

### NORTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA
V.

TAKETA KIDD

**WARRANT FOR ARREST**

CASE NUMBER: 2:07cr116

To: The United States Marshal
and any Authorized United States Officer

**SEALED**

YOU ARE HEREBY COMMANDED to arrest TAKETA KIDD and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

CONSPIRACY TO DEFRAUD THE UNITED STATES; FRAUD WITH IDENTIFICATION DOCUMENTS; MISUSE OF SOCIAL SECURITY NUMBER; AIDING AND ABETTING; CRIMINAL FORFEITURE

in violation of Title 18 United States Code, Section(s) 371, 1028(f) and 2; 18:1028(a)(7) and 2; 18:1028A and 2; 42:408(a)(7)(B) and 18:2; 18:1028(h)

| STEPHEN R. LUDWIG | CLERK, U.S. DISTRICT COURT |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| _[signature]_ | September 6, 2007 at Hammond, Indiana |
| Signature of Issuing Officer / Deputy Clerk | Date and Location |

By Paul R. Cherry
Name of Judicial Officer

Bail fixed at $ $20,000/Unsecured

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

FILED
SEP 05 2007
At_____M.
STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| UNITED STATES OF AMERICA | ) | CAUSE NO. | 2:07CR116 PS |
|---|---|---|---|
| | ) | | |
| v. | ) | 18 U.S.C. § 371 | |
| | ) | 18 U.S.C. § 1028A | |
| TAKETA KIDD | ) | 18 U.S.C. § 1028(a)(7) | |
| | ) | 18 U.S.C. § 1028(f) | |
| | ) | 18 U.S.C. § 1028(h) | |
| | ) | 18 U.S.C. § 1344 | |
| | ) | 42 U.S.C. § 408(a)(7)(B) | |
| | ) | 18 U.S.C. § 2 | |

**THE GRAND JURY CHARGES:**

### COUNT 1

### CONSPIRACY

**AT ALL TIMES MATERIAL TO THIS INDICTMENT:**

1. The defendant utilized the following known aliases in the scheme bearing the names of individuals whose initials are NI and CW;

2. Fifth Third Bank, located in Lafayette, Indiana, and Washington Mutual, located in Chicago, Illinois, are financial institutions which are federally insured by the Federal Deposit Insurance Corporation;

3. From on or about January 2005 and continuing through on or about August 2006, in the Northern District of Indiana, Hammond Division, and elsewhere,

**TAKETA KIDD,**

defendant herein, unlawfully, willfully and knowingly did combine, conspire, confederate and

agree with other persons known and unknown to the grand jury to commit the following offenses against the United States:

(a) to knowingly use, without lawful authority, a means of identification of another person, in and affecting interstate and foreign commerce, that being the name and social security number of numerous individuals by obtaining credit cards and utilities in the names of various individuals without authority and permission with the intent to commit and to aid and abet, any unlawful activity which constitutes a violation of federal law and a felony under the laws of the State of Indiana, to wit: fictitious name pursuant to 18 U.S.C. §1342, social security fraud pursuant to 42 U.S.C. §408(a)(7)(B), and application fraud pursuant to Indiana Code 35-43-5-2(d) and by such conduct the defendants did obtain items of value aggregating $1,000.00 or more during a one (1) year period in violation of Title 18, United States Code, Sections 1028(a)(7) and 2;

(b) to knowingly execute and attempt to execute a scheme and artifice to defraud a financial institution and to obtain any of the money, funds, assets, and other property owned by, and under the care, custody, and control of a financial institution, by means of false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Sections 1344 and 2; and

## MANNER AND MEANS OF THE CONSPIRACY

It was part of the conspiracy that the defendant: (1) obtained the names and social security numbers of individuals in order to obtain a State of Illinois and/or State of Indiana identification card and/or driver's license; (2) utilized false and fraudulent birth certificates; (3) opened accounts at various financial institutions; (4) deposited fraudulent checks into the account(s) at financial institutions; (5) cashed fraudulent checks at the financial institution(s); and (6) wrote fraudulent checks on the financial institution account(s) to various businesses and merchants;

## OVERT ACTS

In furtherance of the conspiracy, and to effects its objects,

**TAKETA KIDD,**

defendant herein, and others known and unknown to the grand jury, performed the following:

1. From on or about January 2005 and continuing through on or about February 2005, the defendant wrote more than 15 fraudulent checks from her Guaranty Bank account in excess of $1,000.00;

2. On or about May 6, 2006, the defendant obtained a fraudulent State of Indiana identification card ("ID") bearing the name of CW utilizing a fraudulently obtained social security account number ("SSAN") and a State of Illinois birth document;

3. On or about May 31, 2006, the defendant opened an account at Washington Mutual Bank utilizing the State of Indiana ID card in the name of CW;

4. On or about August 15, 2006, the defendant obtained a fraudulent State of Indiana identification card ("ID") bearing the name of NI utilizing a fraudulently obtained social security account number ("SSAN"), a State of Illinois birth document, and an earnings statement;

5. On or about August 16, 2006, the defendant opened an account at Salin Bank account utilizing the name of NI;

All in violation of Title 18, United States Code, Sections 371, 1028(f), and 2.

## THE GRAND JURY FURTHER CHARGES:

### COUNT 2

From on or about May 2006 and continuing through July 2006, the exact dates being unknown to the grand jury, in the Northern District of Indiana, Hammond Division, and elsewhere,

### TAKETA KIDD,

defendant herein, did knowingly use, without lawful authority, a means of identification of another person, in and affecting interstate and foreign commerce, that being the name and social security number of a person whose initials are CW to obtain a fraudulent State of Indiana identification card and to open a bank account with the intent to commit and to aid and abet, any unlawful activity which constitutes a violation of federal law and a felony under the laws of the State of Indiana, to wit: social security fraud pursuant to 42 U.S.C. § 408(a)(7)(B), and application fraud pursuant to Indiana Code 35-43-5-2(d) and by such conduct the defendant did obtain items of value aggregating $1,000.00 or more during a one (1) year period;

All in violation of Title 18, United States Code, Sections 1028(a)(7) and 2.

### THE GRAND JURY FURTHER CHARGES:

### COUNT 3

On or about August 15, 2006, in the Northern District of Indiana, Hammond Division, and elsewhere,

### TAKETA KIDD,

defendant herein, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit: the name and social security number of NI, during and in relation to a violation of social security fraud pursuant to Title 42, United States Code, Section 408(a)(7)(B);

All in violation of Title 18, United States Code, Sections 1028A and 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4

On or about May 6, 2006, in the Northern District of Indiana, Hammond Division, and elsewhere,

**TAKETA KIDD,**

defendant herein, for the purpose of obtaining any benefit, something of value, and for other purposes, did with intent to deceive, falsely represent a number, assigned to CW, to be the social security account number assigned by the Commissioner of Social Security to her, when in fact such number was not the social security account number assigned by the Commissioner of Social Security to her;

All in violation of Title 42, United States Code, Section 408(a)(7)(B) and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 5

On or about August 15, 2006, in the Northern District of Indiana, Hammond Division, and elsewhere,

**TAKETA KIDD,**

defendant herein, for the purpose of obtaining any benefit, something of value, and for other purposes, did with intent to deceive, falsely represent a number, assigned to NI, to be the social security account number assigned by the Commissioner of Social Security to her, when in fact such number was not the social security account number assigned by the Commissioner of Social Security to her;

All in violation of Title 42, United States Code, Section 408(a)(7)(B) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

Upon conviction of any of the offenses in Counts 1 through 5 of the Indictment,

**TAKETA KIDD,**

defendant herein, shall forfeit to the United States of America pursuant to 18 U.S.C. §1028(h) all illicit authentication features, identification documents, document-making implements, and means of identification, including, but not limited to, miscellaneous identification cards, state identification cards, state driver's licenses, birth certificates, birth documents, and any documents bearing the names and personal identifiers not belonging to the defendant.

DAVID CAPP
ACTING UNITED STATES ATTORNEY

By: *[signature]*
Toi Denise Houston
Assistant United States Attorney

8