## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 742 | **DATE** | 11/9/2007 |
| **CASE TITLE** |  | USA vs. Taketa Kidd | |

**DOCKET ENTRY TEXT**

Removal proceeding held on 11/9/07 as to Taketa Kidd. Defendant appears in response to the arrest on 11/9/07. Defendant waives identity hearing. Defendant informed of her rights. Enter order appointing Piyush Chandra of the Federal Defender Program as counsel for defendant for the removal proceedings only. Defendant is not contesting that she is the person charged in the petition and warrant. Government and defendant agree to certain conditions of release. Order defendant removed to the Northern District of Indiana (Hammond Division) as soon as possible to face the charges there pending against her. Defendant is ordered to appear before Magistrate Judge Pavl Cherry at United States District Court, Hammond Federal Courthouse, 5400 Federal Plaza, Hammond, Indiana on Friday, November 16, 2007 at 1:30 p.m.

■ [ For further detail see separate order(s).]                                    Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | yp |
|---|---|---|